IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-16-0485 |
| MICHAEL NULL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Michael Null's correspondence, which the Court construes as a Motion to Reduce Sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"). (ECF No. 1903.) The Court will deny the Motion.

Amendment 821 is a multi-part amendment, and Part A limits the criminal history impact of "status points."[1] Specifically, a defendant's status points are decreased by one point if he has seven or more criminal history points, and his status points are eliminated if he has six or fewer criminal history points. The Court has reviewed the record in this case. The Amended Presentence Report reflects that Mr. Null did not receive status points. (*See* ECF No. 1231 at ¶¶ 53–54.) Accordingly, Mr. Null may not avail himself of Part A of Amendment 821.

Accordingly, it is ORDERED that Mr. Null's Motion (ECF No. 1903) is DENIED.

DATED this 1 day of October, 2024.

BY THE COURT:

James K. Bredar
United States District Judge

---

[1] The Court presumes that Mr. Null seeks relief pursuant to Part A, given that he explains that "at the time of [his] sentencing, [he] was on parole." (*See* ECF No. 1903.)